IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 37 MM 2017
                                        :

               v.                         :
                                        : Court of Common Pleas of Montgomery
                                        : County, Criminal Division, No. 3932-16 --
WILLIAM H. COSBY, JR.             : Change of Venire

**O R D E R**

AND NOW, this 13th day of March, 2017, The Honorable Steven T. O'Neill of the Court of Common Pleas of Montgomery County having certified to this Court an Order for change of venire in the above matter pursuant to Pa.R.Crim.P. 584(B), it is

ORDERED that a jury to try the above-named defendant shall be impaneled from Allegheny County in compliance with Pa.R.Crim.P. 584.

_____
Chief Justice